IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., | ) |
| | ) Case No.: 16-cv-6802 |
| Plaintiff, | ) |
| | ) Judge John Z. Lee |
| v. | ) |
| | ) |
| DOES 1 – 30, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR CLARIFICATION OF ORDER

Plaintiff LHF Productions, Inc., in support of its Motion for Clarification of this Court's Order of July 22, 2016, states as follows:

1. On June 29, 2016, Plaintiff filed its Complaint in this case. Dkt. 1. At that time, the Complaint identified the defendants by IP address, but not by name, and the defendants were referred to therein as John Does.

2. On July 20, 2016, Plaintiff filed a Motion for Leave to Take Discovery Prior to Rule 26(f) Conference. Dkt. 7. Plaintiff sought permission to issue a subpoena to the Internet Service Provider ("ISP") of the Doe defendants to determine their names and current addresses. *Id.*

3. On July 22, 2016, this Court granted that Motion. Dkt. 10. The Order states in relevant part:

> Plaintiff may serve a third party subpoena on the internet service provider. Once plaintiff receives the requested information, they should provide *each* defendant with a copy of this minute order. Upon receipt of the minute order, the defendant may file a motion for protective order requesting that the identification information not be disclosed.

*Id.* (emphasis added).

4. The July 22 Order indicates that Plaintiff may serve "*each* defendant." This suggests that the Court is granting Plaintiff leave to seek the names and addresses of all 30 of the Doe defendants in this case. However, in similar cases, this Court previously has severed all but the first Doe defendant (e.g., *Survivor Productions, Inc. v. Does 1-30*, 15-cv-9851, Dkt. 14, attached hereto as Exhibit 1).

5. Plaintiff seeks clarification that this Court is granting Plaintiff leave to issue a subpoena seeking the names and addresses of all 30 Doe defendants named in the case.

WHEREFORE, Plaintiff respectfully asks that this Court enter an Order:

a. Stating whether Plaintiff may issue a subpoena to the ISP seeking the names and addresses of all 30 Doe defendants in this case or only the name and address of Doe No. 1; and

b. Whatever other relief this Court deems proper.

Dated: August 10, 2016

Respectfully submitted,

LHF PRODUCTIONS, INC.

By: s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Mark A. Cisek (Bar No. 6242683)
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile

Attorneys for Plaintiff
LHF Productions, Inc.

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion for Clarification of Order was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 10, 2016.

                                                                            s/Michael A. Hierl